## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff<br>　　v.<br>MICHELLE BOOTH | Civil Action No: 05-1963 |

FILED
HARRISBURG
APR 0 . 2007
MARY E. D'A___
Per_____ CLERK

### ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL

AND NOW, this 9th day of April 2007, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the Defendant, Michelle Booth, cannot, upon diligent inquiry, be found so as to be personally served with the Notice of US Marshal Sale, the object of which is to foreclose on a real estate mortgage held by the Plaintiff, against real property located within the Middle District of Pennsylvania, situated at 88 Abbotts Drive, Abbottstown, PA 17301

　　　　it is hereby ORDERED, ADJUDGED AND DECREED:

That the Notice of US Marshal Sale be served on the Defendant, Michelle Booth, by Plaintiff or its agent by posting a copy of the Notice of US Marshal Sale in Mortgage Foreclosure on the property to be foreclosed in accordance with Federal Rule of Civil Procedure 4(e)(1) and Pennsylvania Rule of Civil Procedure 430(a) and Pennsylvania Rule of Civil Procedure 410(c)(2) and by regular and certified mail to the Defendant's last known address. Service shall be completed upon posting or upon mailing, whichever occurs later.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.