# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CIVIL ACTION NO. 1:05-CV-1963 |
| Plaintiff | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **MICHELLE BOOTH,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 28th day of June, 2007, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 16) to confirm the May 10, 2007, United States Marshal sale of the foreclosed real property, located at 88 Abbotts Drive, Abbottstown, Pennsylvania, is GRANTED. The United States Marshal is directed to execute and deliver to REBECCA M. SMITH ,their successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of MICHELLE BOOTH, in and to the premises sold, located at 88 Abbotts Drive, Abbottstown, Pennsylvania 17301. Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge